UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SCOTT COUNTY IOWA ) <br> DISTRICT COURT, ) <br> ) <br> Respondent. ) | No.: 1:21-CV-35-TAV-SKL |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Southern District of Iowa at Davenport and to close this Court's file.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

　　s/ John L. Medearis
　　　CLERK OF COURT